# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140922(72)(75)

WILLIE DRIVER and BEVERLY DRIVER,
        Plaintiffs-Appellants,

v

CARDIOVASCULAR CLINICAL
ASSOCIATES, P.C.,
        Defendant-Appellee,
and

MANSOOR G. NAINI, M.D. and MICHIGAN
CARDIOLOGY ASSOCIATES, P.C.,
        Defendants.

_____

SC: 140922
COA: 280844
Wayne CC: 06-629887-NH

On order of the Chief Justice, motion by the Michigan Optometric Association and Proassurance Corporation for leave to file briefs *amicus curiae* are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk